IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01494-LTB-OES

BARBARA BERRY,

Plaintiff(s),

vs.

T-MOBILE USA, INC.,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 27, 2005

      The Joint Motion to Amend Pretrial Order Concerning Providing Exhibits [Document 44, Filed October 25, 2005] is GRANTED.